**SO ORDERED.**

**DONE and SIGNED January 10, 2018.**



_____
**JEFFREY P. NORMAN**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Lillie Mae Banks | § | Case Number: 17-10456 |
| | § | |
| Debtor | § | Chapter 7 |

### INTERIM ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISGORGE FEES AND OTHER APPROPRIATE RELIEF

This matter is before the Court on the United States Trustee's Motion to Disgorge Fees and Other Appropriate Relief (ECF No. 16). The Court held a hearing on this matter on January 9, 2018. The Court intends to enter a final order with findings of fact and conclusions of law. However, after considering the evidence presented, the Court believes it is appropriate to enter an order granting immediate interim relief.

**ACCORDINGLY, IT IS ORDERED** that attorneys acting on behalf of UpRight Law LLC and its affiliates are immediately prohibited from filing any document electronically signed

by a client (i.e., using the /s/ notation for a signature). All documents UpRight Law LLC and its affiliates file containing a client signature must have a scanned original signature. This order applies to all bankruptcy cases filed by UpRight Law LLC and its affiliates in the Western District of Louisiana.

**IT IS FURTHER ORDERED** that every employment contract for debt relief services between UpRight Law LLC and its clients must contain the original "wet" signatures of both the client and the UpRight Law LLC attorney licensed in the Western District of Louisiana. The attorney who executes that contract shall be designated as the attorney in charge of that case. Further, UpRight Law LLC and its affiliates may not accept a retainer from any client before an employment contract is executed. This order applies with respect to UpRight Law LLC and its affiliates and any of their prospective clients residing in or anticipating filing bankruptcy in the Western District of Louisiana.

**IT IS FURTHER ORDERED** that every attorney affiliated with UpRight Law LLC and its affiliates filing a pleading within the Western District of Louisiana on behalf of those entities must contact the clerk of court and update their CM/ECF account or create a duplicate account so that the docket in each case accurately reflects their firm's name as UpRight Law LLC.

###