UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE                                                    CASE NO.: 17-10456

LILLIE MAE BANKS                                         JUDGE JEFFREY P. NORMAN

                    Debtor                               CHAPTER 7

## NOTICE OF APPEAL
(Related to Dkt. No. 41, Order and Memorandum Opinion on Acting United States Trustee's Motion to Disgorge Fees and for Other Appropriate Relief)

Law Solutions of Chicago LLC, an Illinois limited liability company doing business in the state of Louisiana as UpRight Law LLC ("UpRight"), appellant, appeals under 28 U.S.C. § 158(a) and Rule 8003 of the Federal Rules of Bankruptcy Procedure from this Honorable Court's *Order and Memorandum Opinion on the Acting United States Trustee's Motion to Disgorge Fees and for Other Appropriate Relief* [Dkt. No. 41] ("The February 6 Order"), which order and memorandum opinion is dated February 2, 2018, and was filed into the docket of the above-captioned matter on February 6, 2018[1]; a copy of the The February 6 Order is attached hereto as **EXHIBIT A**.

The February 6 Order ordered relief against *inter alia* UpRight and Andrea Augustus.

---

[1] UpRight is aware that the United States Trustee has filed a Motion to Enforce February 6, 2018 Order and to Provide Any Further Relief Necessary [Dkt. No. 46], which is set for hearing on February 20, 2018, at 9:30 am CT. It appears that the trustee asserts that the order at issue in its motion to enforce is the order at issue in this notice of appeal. UpRight has filed this notice of appeal in an abundance of caution, considering the requirements of Rules 8002, 9021 and 5003 of the Federal Rules of Bankruptcy Procedure, in particular the requirements regarding timely filing of a notice of appeal. While the subject order states that it is "done and signed" on February 2, 2018, [Dkt. No. 41 at 1] and while the court's electronic docket places the order under the date of February 2, 2018, the appealed order was not placed on the public docket until February 6, 2018. The clerk documented the latter fact by noting "(Entered: 02/06/2018)" in the text description in the docket entry appearing under the date "02/02/2018." [Dkt. No. 41]. Thus, while any notice of appeal filed within fourteen days of February 6, 2018, is timely, UpRight Law has filed this notice of appeal within fourteen days of February 2, 2018, in an abundance of caution.

1

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

>Henry G. Hobbs, Jr.
>Acting United States Trustee
>Region 5
>Attny: Richard Drew
>300 Fannin Street, Suite 3196
>Shreveport, LA 71101
>Ph: (318) 676-3484
>Fax: (318) 676-3212
>Email: Richard.drew@usdoj.gov
>
>Andrea Augustus
>The Augustus Law Firm LLC
>P.O. Box 740-457
>New Orleans, LA 70174
>Phone: (504) 264-1167
>Fax: (504) 481-0519
>Email: augustuslawnola@gmail.com
>
>Law Solutions Chicago LLC
>d/b/a UpRight Law LLC
>Attny: John Duck, LA Bar No. 5014
>ADAMS AND REESE LLP
>One Shell Square
>701 Poydras Street, Suite 4500
>New Orleans, LA 70139
>Ph: (504) 585-0226
>Fax: (504) 566-0210
>Email: john.duck@arlaw.com
>
>Law Solutions Chicago LLC
>d/b/a UpRight Law LLC
>Attny: Patrick L. McCune, La. Bar Roll No. 31863
>ADAMS AND REESE LLP
>450 Laurel Street, Suite 1900
>Baton Rouge, LA 70801
>Telephone:     (225) 378-3215
>Fax:              (225) 336-5110
>Email: patrick.mccune@arlaw.com

Dated  February 16, 2018
Baton Rouge, Louisiana

Respectfully submitted:

ADAMS AND REESE LLP

By: /s/Patrick L. McCune
   Patrick L. McCune, La. Bar Roll No. 31863
   450 Laurel Street, Suite 1900
   Baton Rouge, LA  70801
   Telephone: (225) 378-3215
   Fax: (225) 336-5110
   Email: patrick.mccune@arlaw.com

   AND

   John Duck, LA Bar No. 5014
   ADAMS AND REESE LLP
   One Shell Square
   701 Poydras Street, Suite 4500
   New Orleans, LA 70139
   Ph:  (504) 585-0226
   Fax: (504) 566-0210
   Email: john.duck@arlaw.com

   *Attorneys for Law Solutions Chicago LLC d/b/a UpRight Law LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the following parties listed below via electronic means by the Court's CM/ECF electronic filing system and/or by placing a copy in the United States mail, first class, postage prepaid and properly addressed, this 16th day of February, 2018:

Court Electronic notification

- Andrea Augustus on behalf of Debtor Lillie Mae Banks: augustuslawnola@gmail.com

3

- Angela Smith on behalf of Creditor Law Solutions Chicago LLC: amsupright@gmail.com, notices@uprightlaw.com
- David Michael Menditto on behalf of Respondent Law Solutions Chicago LLC:
- dmenditto@uprightlaw.com, notices@uprightlaw.com
- Jason R. Smith on behalf of Creditor Ditech Financial LLC: jasonsmith@creditorlawyers.com, ljacob@creditorlawyers.com
- John W. Luster:  luster_jbr@bellsouth.net, LA29@ecfcbis.com
- Office of U. S. Trustee: USTPRegion05.SH.ECF@usdoj.gov
- Richard Drew on behalf of U.S. Trustee, Office of U. S. Trustee: richard.drew@usdoj.gov

<u>Notification via first class mail</u>

Mailing matrix of the above-captioned case, attached as **EXHIBIT B**.

*/s/Patrick_L. McCune*_____
Patrick L. McCune